FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 26  AM 9:56

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR 608-13 |
| ) | |
| MELISSA CIPRIANI, ) | |
| a.k.a. LE MELANGE,   ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the Government's Motion to Dismiss the Indictment as against Defendant Melissa Cipriani, a.k.a. Le Melange in the above-captioned case is granted, and the Indictment as against Defendant Cipriani is hereby dismissed without prejudice.

SO ORDERED, this the 26 day of March, 2009.

_____
Honorable B. Avant Edenfield
Senior United States District Judge
Southern District of Georgia

Prepared by Brian F. McEvoy
Assistant United States Attorney
Georgia Bar No. 490845
100 Bull Street
Savannah, GA 31401
912/652-4422
U.S. v. Melissa Cipriani
CR 608-13